

# THE THIRTEENTH COURT OF APPEALS

13-14-00464-CV

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage
Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-R8
v.
Consuelo Jones, Edwin Jones, Gabriela Jones, and All Occupants of 2028 E. 28th
Street, Mission, TX 78574

On Appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CL-13-3297-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on
appeal, concludes that the judgment of the trial court should be affirmed.  The Court
orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged
against appellant.

We further order this decision certified below for observance.

July 2, 2015